# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MONROE COUNTY BOARD OF COMMISSIONERS, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00012-TWP-KMB |

## BRIEFING SCHEDULE

The Defendants have tendered a proposed briefing schedule. Having considered the Parties' proposals, the Court hereby adopts the Defendants' proposal and ORDERS that the litigation schedule shall be as follows:

The Parties shall adhere to the following briefing schedule:

| BRIEF | DEADLINE |
|---|---|
| Plaintiffs' Motion for Preliminary Injunction and Motion for Summary Judgment | February 13, 2023 |
| Defendants' Cross Motion for Summary Judgment and Brief in Opposition to Plaintiffs' Motion for Summary Judgment and Preliminary Injunction | February 27, 2023 |
| Plaintiffs' Response to Defendants' Cross Motion for Summary Judgment and Reply In Support of Motion for Summary Judgment and Motion for Preliminary Injunction | March 6, 2023 |
| Defendants' Reply In Support of Cross Motion for Summary Judgment | March 13, 2023 |

It is so ORDERED.

1

Dated: _____  _____
Kellie M. Barr
Magistrate Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.