**INDEX OF EXHIBITS**

Exhibit 1:   Friends of Lake Monroe's Draft SIR Comments (Nov. 6, 2022)

Exhibit 2:   Indiana Forest Alliance's Draft SIR Comments (Nov. 7, 2022)

Exhibit 3:   Declaration of Dr. Sherry Mitchell-Bruker

- Attachment A: Friends of Lake Monroe's Economic Valuation (2019)

Exhibit 4:   Declaration of Jeff Stant

- Attachment A: ESI, Acoustic Bat Surveys in the Hoosier National Forest (2020)
- Attachment B: David Rupp, Cerulean Warbler Survey Results in the Houston South Project Area (2020)

Exhibit 5:   Declaration of Dr. Julie Thomas