# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| MONROE COUNTY BOARD OF COMMISSIONERS, INDIANA FOREST ALLIANCE INC, HOOSIER ENVIRONMENTAL COUNCIL, FRIENDS OF LAKE MONROE, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES FOREST SERVICE, MICHAEL CHAVEAS, CHRISTOPHER THORNTON, <br><br>Defendants. | No. 4:23-cv-00012-TWP-KMB |

## **JUDGMENT**

Pursuant to the offer of judgment made by Defendants, judgment is hereby **ENTERED** in favor of the Plaintiffs and against Defendants in the amount of $70,000.00.

This action is closed.

IT IS SO ORDERED.

Date:  6/27/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Matthew Ryan Arnold
Eubanks & Associates, PLLC
matt@eubankslegal.com

William S. Eubanks II
EUBANKS & ASSOCIATES, LLC
bill@eubankslegal.com

W. Russell Sipes
THE SIPES LAW FIRM
wrs@sipeslawfirm.com

John Tustin
DOJ-Enrd
john.tustin@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov